UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ETHAN ALLEN GLOBAL, INC. : | |
| : | Case No. |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| PEOPLES AMERICANA, INC., : | |
| JJ PEOPLES, VAN DEWALD, and : | |
| HERSCHEL D. PRUITT : | |
| : | |
| Defendants. : | AUGUST 20, 2007 |

---

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Ethan Allen Global, Inc. ("Ethan Allen") states that its parent corporation is Ethan Allen Interiors Inc., a Delaware corporation that owns 100% of Ethan Allen's stock. No publicly held corporation owns 10% of more of Ethan Allen's stock.

Respectfully submitted,

**PLAINTIFF
ETHAN ALLEN GLOBAL, INC.**

By: _____
Scott D. Corrigan (SC 5545)
WIGGIN AND DANA LLP
450 Lexington Avenue
New York, NY 10017
(212) 490-1700
(212) 490-0536 fax
scorrigan@wiggin.com

Its Attorneys

Of Counsel:

Erika L. Amarante
Admitted in Connecticut
*Pro hac vice* motion to be filed
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508
(203) 498-4493
Fax: (203) 782-2889
eamarante@wiggin.com