# EXHIBIT A

**Amarante, Erika L.**

| | |
|---|---|
| **From:** | Amarante, Erika L. |
| **Sent:** | Friday, August 17, 2007 5:56 PM |
| **To:** | 'vandewald@msn.com'; 'Hersh@twinpineswy.com'; 'TKowlaski@flhlaw.com' |
| **Cc:** | 'pbanks@ethanalleninc.com'; 'RSullivan@ethanalleninc.com' |
| **Subject:** | CEASE AND DESIST LETTER FROM ETHAN ALLEN |
| **Importance:** | High |




Cease and Desist Letter.PDF (2...

Dear sirs:

Please give the attached letter your prompt attention.

Erika L. Amarante
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel.: 203-498-4493
Fax.: 203-782-2889
eamarante@wiggin.com

**Amarante, Erika L.**

**From:** Amarante, Erika L.
**Sent:** Friday, August 17, 2007 5:59 PM
**To:** 'tkowalski@flhlaw.com'
**Subject:** FW: CEASE AND DESIST LETTER FROM ETHAN ALLEN

**Importance:** High


Cease and Desist Letter.PDF (2...

Thomas:

Second try. Please see email below and attached letter.

Erika L. Amarante
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel.: 203-498-4493
Fax.: 203-782-2889
eamarante@wiggin.com

-----Original Message-----
From: Amarante, Erika L.
Sent: Friday, August 17, 2007 5:56 PM
To: 'vandewald@msn.com'; 'Hersh@twinpineswy.com'; 'TKowlaski@flhlaw.com'
Cc: 'pbanks@ethanalleninc.com'; 'RSullivan@ethanalleninc.com'
Subject: CEASE AND DESIST LETTER FROM ETHAN ALLEN
Importance: High

Dear sirs:

Please give the attached letter your prompt attention.

Erika L. Amarante
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel.: 203-498-4493
Fax.: 203-782-2889
eamarante@wiggin.com

Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut
06508-1832

203.498.4400
203.782.2889 fax
www.wiggin.com

WIGGIN AND DANA

*Counsellors at Law*

# Telefax Transmittal

**Date:**
August 17, 2007

**To / Company / Telefax:**
Mr. Herschel D. Pruitt / / 307-322-3034
Thomas J. Kowalski / Frommer Lawrence & Haug / 212-588-0500

**From:**
Erika L. Amarante

**Telephone / Email:**
203.498.4493 / eamarante@wiggin.com

**Client / matter code:**
10200 / 108

**Please copy:**

**We will copy:**

**Special Instructions**

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us immediately by telephone and return the original message to us by mail. Thank you.

3 page(s) following this page

Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut
06508-1832
www.wiggin.com

Erika L. Amarante
203.498.4493
203.782.2889 fax
eamarante@wiggin.com

**VIA FAX AND/OR EMAIL**

WIGGIN AND DANA

*Counsellors at Law*

August 17, 2007

**Mr. Van De Wald**
PEOPLES AMERICANA, INC
192 Lexington Avenue at 32nd Street
New York, NY 10016-6823
Email: vandewald@msn.com

**Herschel D. Pruitt**
601 9th Street
Wheatland, WY 82201
Fax: 307-322-3034
Email: Hersh@twinpineswy.com

**Re: Cease & Desist: Auction of Ethan Allen Merchandise**

Dear Messrs. De Wald and Pruitt:

This firm represents Ethan Allen Global, Inc. ("Ethan Allen"). The affiliation that PEOPLES AMERICANA, INC. ("PEOPLES") and Mr. De Wald once had with Ethan Allen ended on July 27, 2007. PEOPLES' and Mr. De Wald's right to use the "Ethan Allen" trademarks or logo ended at that time.

Mr. Pruitt has advertised an auction of Ethan Allen merchandise at PEOPLES' former location, to take place over the next several days. *See* New York Times advertisement, dated August 17, 2007 (attached). The advertisement wrongfully asserts that "Ethan Allen of New York City" is closing its doors and illegally uses the "Ethan Allen" trademark without Ethan Allen's approval or consent.

This advertisement and the proposed auction are blatant violations of PEOPLES' and Mr. De Wald's post-termination obligations. They also violate state and federal law, including Ethan Allen's federally-protected trademarks. Ethan Allen is prepared to protect its rights to the fullest extent of the law.

Accordingly, you must cease and desist from holding the illegally and fraudulently advertised auction. If you do not comply with this notice, Ethan Allen will have no choice but to bring an action against PEOPLES, Mr. De Wald and Mr. Pruitt for violation of its federal trademark and other applicable rights. That action will request, at a minimum, injunctive relief, compensatory damages, punitive damages, attorneys' fees and any other remedies available under the law.

Nothing in this letter may be viewed as a waiver of Ethan Allen's legal rights, all of which are expressly reserved.

WIGGIN AND DANA

*Counsellors at Law*

Very truly yours,

Erika L. Amarante

Enclosure

cc: Thomas J. Kowalski, fax 212-588-0500, email: TKowalski@flhlaw.com

\10200\108\665246.1

AUG 17 2007 03:08 PM

(BLOOMBERG NEWS)

(AP)

WEST

A federal lawsuit brought by a coalition of ship... law intended to curb the intro... the Great Lakes. The law, enacted ear... ships sailing into Michigan ports ... the vessels will not discharge ballast ... tanks or cargo holds of ships to pro... or, if they do plan to discharge the ... to remove any non-native species. On ... of Federal District Court, re... that the law was unconstitutional ... species posed a "serious threat" to

LIBBY SANDER

FOUND IN RIVER Two more sets of hu... amid the wreckage of the Interstate ... raising the known death toll to 11. The divers got to only after cranes moved ... Mitchell, spokesman for the diving ... identified as those of Vera Peck, 50, of ... rafas, 45, of White Bear Lake, the Hen... 's office said. (AP)

SOUTH

STAY OPEN The Herndon Town Coun... keep its day laborer center open but to check the immigration status of the ... operator, Project Hope and Harmony, to check workers' documents. The cen... since it opened two years ago to pro... for workers who used to flag down ... 's main street. Six months after the new mayor and two new council mem... (AP)

SOUTHWEST

GUILTY TO CONSPIRACY A member of the ... of helping transport illegal immigrants ... conspiracy charge. The man, Jose ... three guardsmen accused of helping il... point on Interstate 35. The other two, ... Sgt. Clarence Hodge Jr., have pleaded ... 10 years in prison and up to $250,000 (AP)

MORE RAIN The remnants of Tropical ... Texas, snarling rush-hour traffic and ... thunderstorms brought seven inches of ... Houston, where a person was killed ... storage unit collapsed. (AP)

... damage to the underlying aluminum structure.

"We don't clear anything until we have the data to clear it," John Shannon, chairman of the mission management team, said last night at a news conference.

The management team made its decision at a meeting that lasted almost five hours. The news was radioed to the shuttle crew at 9 p.m. Eastern time, just before they went to sleep.

Engineers unanimously agreed that the gouge "was not a threat to crew safety," Mr. Shannon said. "We had thought that for several days, but we were waiting for the final analysis to be complete."

A second decision, not to conduct a repair spacewalk as an added precaution to prevent any ...

... shuttle, which has never been done.

NASA engineers are also still analyzing how Richard A. Mastracchio, one of the astronauts on a spacewalk Wednesday, tore a hole in the outer layer of a glove.

Potentially complicating NASA's planning is Hurricane Dean. By the middle of the week, the storm could be in the Gulf of Mexico just as mission controllers would be preparing for the Endeavour's landing.

No day is complete without The New York Times.


FURNITURE & RUG

AUCTION

Ethan Allen of New York City has CLOSED ITS DOORS. PGV Auction Firm has obtained the remaining inventory and must liquidate it at public auction in conjunction with furniture and oriental rugs obtained from various liquidators and suppliers. THIS IS YOUR CHANCE TO PURCHASE FINE FURNITURE AND AREA RUGS FOR A FRACTION OF THEIR VALUE. LIVING ROOMS, UPHOLSTERY, LEATHER, CURIOS, BEDDING, GRANDFATHER CLOCKS AND MUCH MORE! FINE ORIENTAL RUGS FROM ALL OVER THE WORLD INCLUDING GENUINE HANDMADE PERSIAN RUGS. THIS AUCTION IS LIKE NONE OTHER!

AUCTION DATES & TIMES

SATURDAY, AUG. 18TH AT 1PM
SUNDAY, AUG. 19TH AT 1PM
MONDAY, AUG. 20TH AT 6:30PM
TUESDAY, AUG. 21ST AT 6:30PM

2 HOUR PREVIEW PRIOR TO EACH SCHEDULED AUCTION TIME

AUCTION TO BE HELD AT THE FORMER LOCATION OF

ETHAN ALLEN

192 LEXINGTON AVE • NEW YORK, NY 10016
PHONE 212-213-0500

LIVING ROOMS
DINING ROOMS
BEDROOMS
LEATHER
ACCESSORIES
BEDDING
ORIENTAL RUGS
& MORE!!!

YOU ABSOLUTELY DON'T WANT TO MISS THIS AUCTION!!!

All merchandise sold as is. Merchandise must be picked up within 48 hours. All items must be paid for day of auction. A 14% buyers premium is in effect on all purchases during auction days. Auction is to be held in the former location of Ethan Allen. Certain items are subject for reserve. Terms of Payment: Visa, Mastercard, American Express, Discover, Certified Check, and Cash. All sales final, no refunds, returns, or exchanges. Auction conducted by ...






Geneva credenza & hutch from our new Switzerland Series

Find just the style you want from one of ten distinctive collections offered by Computer Furniture Direct. Enjoy the natural ...

1-800-555-8126
Please refer to ad ...




Israel to Ge...

NEWS ANALYSIS



** TOTAL PAGE.02 **

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2979 |
| CONNECTION TEL | 913073223034 |
| CONNECTION ID | |
| ST. TIME | 08/17 17:55 |
| USAGE T | 01'10 |
| PGS. SENT | 4 |
| RESULT | OK |

Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut
06508-1832

203.498.4400
203.782.2889 fax
www.wiggin.com

WIGGIN AND DANA

*Counsellors at Law*

# Telefax Transmittal

**Date:**
August 17, 2007

**To / Company / Telefax:**
Mr. Herschel D. Pruitt / / 307-322-3034
Thomas J. Kowalski / Frommer Lawrence & Haug / 212-588-0500

**From:**
Erika L. Amarante

**Telephone / Email:**
203.498.4493 / eamarante@wiggin.com

Client / matter code:
10200 / 108

Please copy:

We will copy:

Special Instructions

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2980 |
| CONNECTION TEL | 912125880500 |
| CONNECTION ID | |
| ST. TIME | 08/17 18:02 |
| USAGE T | 01'13 |
| PGS. SENT | 4 |
| RESULT | OK |

Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, Connecticut
06508-1832

203.498.4400
203.782.2889 fax
www.wiggin.com

WIGGIN AND DANA

*Counsellors at Law*

# Telefax Transmittal

**Date:**
August 17, 2007

**To / Company / Telefax:**
Mr. Herschel D. Pruitt / / 307-322-3034
Thomas J. Kowalski / Frommer Lawrence & Haug / 212-588-0500

**From:**
Erika L. Amarante

**Telephone / Email:**
203.498.4493 / eamarante@wiggin.com

Client / matter code:
10200 / 108

Please copy:

We will copy:

Special Instructions

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If the reader of this message is not the intended recipient or an