# EXHIBIT B

**Amarante, Erika L.**

| | |
|---|---|
| From: | Amarante, Erika L. |
| Sent: | Sunday, August 19, 2007 8:45 PM |
| To: | 'vandewald@msn.com'; 'Hersh@twinpineswy.com'; 'TKowalski@flhlaw.com' |
| Cc: | 'pbanks@ethanalleninc.com'; 'RSullivan@ethanalleninc.com' |
| Subject: | RE: CEASE AND DESIST LETTER FROM ETHAN ALLEN |
| Importance: | High |

  

Verified Complaint.PDF (1 MB)   DeKorne Affidavit.PDF (926 KB)   TRO Motion and Orders.PDF (240...

Gentlemen:

Having heard no response from you regarding the cease and desist letter I sent on Friday, Ethan Allen has been left with no choice but to protect its federal trademark and associated rights with an action filed tomorrow morning in the United States District Court for the Southern District of New York.

As indicated in the attached papers, Ethan Allen will ask the Court for an immediate temporary restraining order prohibiting your continued, unauthorized and fraudulent use of the ETHAN ALLEN trademarks and brand name, and stopping the illegally-advertised "Furniture & Rug Auction" from proceeding.

Please conduct yourselves accordingly.

Erika L. Amarante
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel.: 203-498-4493
Fax.: 203-782-2889
eamarante@wiggin.com


-----Original Message-----
From: Amarante, Erika L.
Sent: Friday, August 17, 2007 5:56 PM
To: 'vandewald@msn.com'; 'Hersh@twinpineswy.com'; 'TKowlaski@flhlaw.com'
Cc: 'pbanks@ethanalleninc.com'; 'RSullivan@ethanalleninc.com'
Subject: CEASE AND DESIST LETTER FROM ETHAN ALLEN
Importance: High


Dear sirs:

Please give the attached letter your prompt attention.

Erika L. Amarante
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
Tel.: 203-498-4493
Fax.: 203-782-2889
eamarante@wiggin.com

1