# EXHIBIT A



**ETHAN ALLEN**

ETHAN ALLEN GLOBAL, INC. AND ITS SUBSIDIARIES

Writer's telephone: (203) 743-8311
Writer's fax: (203) 743-8341
Writer's email: JDeKome@ethanalleninc.com

May 25, 2007

**VIA EMAIL & FEDERAL EXPRESS**
**PERSONAL & CONFIDENTIAL**

Mr. Van DeWald
Peoples Americana, Inc.
192 Lexington Avenue @ 32nd Street
New York, NY 10016-6823

Dear Van:

Unfortunately, Peoples Americana ("Peoples") has chosen to disregard the terms of my letter dated April 5, 2007 ("Letter") concerning its going out of business liquidation sale. In particular, and despite the established Standards of Operations which require that all advertising be forwarded prior to publication, Peoples did not forward its GOB advertisement for review. I have now seen a newspaper advertisement for your GOB sale which I believe is confusing and misrepresents the product to the public. You have brought in a significant amount of non-Ethan Allen product; which is not clearly identified in this advertisement.

In addition, as the Letter made clear, Peoples' ability to continue placing new orders through June 12, 2007 was expressly conditioned, among other things, on it "not selling any non-Ethan Allen products from the Ethan Allen Design Center." Because of your decision to bring in and sell non-Ethan Allen product during your liquidation sale, Ethan Allen will no longer extend the courtesy of accepting special orders through June 12, 2007.

Protecting the Ethan Allen brand and a customer's experience is extremely important and Peoples' actions cause us great concern.

As a result of the foregoing Ethan Allen will accept special orders through the close of business (EST) on Wednesday, May 30, 2007. Additionally, as of May 30, 2007, you will be required to bring your open account balance plus all unshipped orders backlog to a zero balance. Mike Abdullah will coordinate with you.

Very truly yours,

Jack DeKome
Vice President
Retailer Relations

G:\LEGAL\WPDATA\Dealer Relations\People's Americana, Inc. (Dewald)\052507 VD.doc
Ethan Allen Drive   P.O. Box 1966   Danbury, CT 06813-1966   203.743.8000