# EXHIBIT B

# ETHAN ALLEN 192 Lexington Ave. NYC., NY 10016 Tel. 212 213 0600

May 25, 2007

Mr. Jack DeKorne SVP
Ethan Allen Global, Inc
Ethan Allen Drive , Danbury Ct 06813 Via US mail and at JDEKORNE@ethanalleninc.com

Dear Jack,

Reference your letter and E-mail of this date.

This harassment must cease immediately . It is affecting my health, my mental well being and my business. If that is your intent, you have succeeded . Appropriate legal actions will follow .

Once again as in your letter of April 5, 2007 you are asserting rights that you do not have . We had an agreement to end our sale of new Ethan Allen product as of June 12, 2007. Nothing has materially changed in the conduct of our business from April 5, 2007 until now . In fact at this writing there are 4 ETHAN ALLEN GOING OUT OF BUSINESS SALES underway and being conducted in EXACTLY the same manner as mine . And that is only what I know. There are probably more. The only difference is that ETHAN ALLEN corporate has a store 1.6 miles up the road, and therefor your stores sales are hurting.. Well my sales have been hurting for three years as a result of your unilateral decision to change the marketing strategy of Ethan Allen .

Your attempt to prevent my customers from saving money and diminish the success of my going out of business sale by enforcing a price fix policy , which is questionable at best, underscores the disdain with which you hold your dealers and the arrogance of your approach to what was once a respectful partnership between Ethan Allen and it's retail partners. It also speaks volumes about how you feel about consumers.

Attached you will find a copy of an advertising piece I intend to run in the NYC press this week. It is meant to expose the insincerity of your assertions and an apology to my customers for my inability to fulfill their needs. It is regrettable that we must end our relationship after so many years on such a sour note, but the choice was yours . I am sad that at the twilight of my life's work I could not be able to hold my head high and be proud of what I was able to do for my customers to the very end.

Sincerely,

Van W.F. DeWald Pres. People's Americana Inc.

# ETHAN ALLEN 192 Lexington Ave. NYC., NY 10016 Tel. 212 213 0600

May 25, 2007

M. Farooq Kathwari, Chairman
ETHAN ALLEN GLOBAL INC.
Ethan Allen Drive
Danbury CT 06813-1966

Reference a communication from Jack DeKorne SVP Ethan Allen of today.

Sirs;      AND AN OPEN LETTER TO OUR VALUED CUSTOMERS :

1. Mr. Dekorne informed me that the deadline for selling Ethan Allen furniture during my GOING OUT OF BUSINESS SALE has been ARBITRARILY moved up from an agreed to date of June 12, 2007 to May 30, 2007.
2. This denies my customers the right to buy their ETHAN ALLEN furniture at a savings for no other reason than to protect the margin of profit at the corporately owned ETHAN ALLEN stores. The specious argument that we are also selling, "NON- Ethan Allen furniture which might confuse our customers", is nothing but self serving hogwash. We have been selling this product from our 16 Th. floor showroom for 3 years without complaint . It is clearly marked As NOT ETHAN ALLEN., and has always been marked as such .
3. If you had maintained the policy of periodically offering sale prices to our customers I would not have to go out of business. Instead you chose to control your margins and your factory overhead at the expense of my customers. The corporate profits have benefitted from this plan, and the price of ETHAN ALLEN stock has grown to the detriment of the consumer and your independent dealers. The public pronouncements of "every day fair pricing" are nonsense. If you will recall, most of the discount was borne by the dealers and the consumer was able to buy great product at substantial savings . Therefor everyday fair pricing only benefits the Ethan Allen Corporation. Today most of our product is made in the FAR EAST instead of in the United States further increasing corporate profits at the expense of our consumers and costing thousands of jobs in our own country . No one can replicate the quality of our U.S. craftsmen and craftswomen.
4. ETHAN ALLEN does not own these factories, nor does Ethan Allen make drapes, carpeting, accessories, wallpaper, lamps, chandeliers. oriental rugs, and other products that it sells as "ETHAN ALLEN".
5. All of this self serving and self dealing needs to be brought to the attention of the consumer .
6. As a dealer since 1968 I feel that it is time to speak out for the benefit of my customers, my fellow independent dealers and the wonderful people who have lost their jobs. It is time for the little people to be heard . I feel blessed that I am able to voice my thoughts in this public forum and help educate the wonderful consumers of my community.

Sincerely,

Van DeWald, Pres.