SPRIZZO,J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ETHAN ALLEN GLOBAL, INC. :

    Plaintiff, :

v. :

PEOPLES AMERICANA, INC., :
JJ PEOPLES, VAN DEWALD, and :
HERSCHEL D. PRUITT :

    Defendants. :

Case No. 07 Civ 7389
JES

AUGUST 20, 2007

---

## ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION

W/TRO

Upon the Verified Complaint, the Affidavit of Jack DeKorne, the Affidavit of Erika L.

Amarante, and the memorandum of law in support of plaintiff's motion for emergency ex parte

temporary restraining order and preliminary injunction, it is

**ORDERED**, that the above named Defendants show cause before the hon. John E Sprizzo for a motion term of this

Court, at Room 14C, United States Courthouse, 500 Pearl Street, in the City, County and State

of New York, on 5th of September, 2007, at 11 o'clock in the fore noon thereof, or as soon

thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the

Federal Rules of Civil Procedure enjoining the Defendants during the pendency of this action

from (a) conducting or advertising any auctions in the Ethan Allen name, or otherwise infringing

or diluting the ETHAN ALLEN Mark or ETHAN ALLEN Family of Marks; (b) displaying the

ETHAN ALLEN Marks, ETHAN ALLEN Family of Marks and Ethan Allen brand name at the

192 Lexington Avenue location; (c) making any statement or representation whatsoever with

respect to products or services that falsely designates Plaintiff as the origin of the products or

services or is otherwise false or misleading; (d) otherwise making unauthorized use of or

infringing upon the ETHAN ALLEN Marks, ETHAN ALLEN Family of Marks or other trademarks of Plaintiff; and (e) any other conduct that would cause or is likely to cause confusion, mistake, or misunderstanding as to the source, affiliation, connection, or association of Defendants' products or services with Plaintiff or Plaintiff's goods and services; and it is further

**ORDERED** that personal service of a copy of this order and annexed affidavit upon the defendant ~~or his counsel~~ on or before 8 pm o'clock in the evening ~~noon~~, Aq 21, 2007, shall be deemed good and sufficient service thereof.

DATED: New York, New York
August 20, 2007
ISSUED: 12:45 p M

United States District Judge
PART I

\10200\108\665237.1

2