

**AFFIDAVIT OF SERVICE**

**UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK**
**No. 07-CV-7389**

---

**ETHAN ALLEN GLOBAL, INC.,**
       *Plaintiff,*

   -against-

**PEOPLES AMERICANA, INC., ET AL,**
       *Defendants.*

---

State Of New York, County of New York SS:
**JAMES CAGNEY**
Being duly sworn, deposes and says that he is over the age of 18 years, is not a party to this action and resides in New York.

That on the 21ST day of AUGUST 2007, At: 6:45 PM

At: 303 EAST 49TH STREET, NEW YORK, NEW YORK 10017

Deponent served the Annexed: **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, VERIFIED COMPLAINT FOR TRADEMARK INFRINGEMENT FALSE DESIGNATION OF ORIGIN AND TRADEMARK DILUTION, MOTION FOR EMERGENCY EX PARTE TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**

Upon: **VAN DE WALD**

### ALTERNATIVE METHOD (SUITABLE AGE PERSON)
By delivering thereat a true copy to STEVEN WARNER (DOORMAN) a person of suitable age and discretion. Said premises are defendant's last known residence within the state.

### MAILING
AUGUST 22, 2007 - Deponent also enclosed a copy of same in a postpaid sealed wrapper properly marked **Personal and Confidential** and addressed to VAN DE WALD, 303 EAST 49TH STREET, APT. 21, NEW YORK, NEW YORK 10017 and deposited said wrapper in - a post office - under the exclusive care and custody of the United States Postal Service within the State of New York.

### DESCRIPTION - Deponent describes the individual served or spoken to as follows:
Sex: MALE Color: BLACK Hair: BALD App. Age: 48 App. Ht: 6'1" App. Wt. 200
Other identifying features: GLASSES

Sworn to before me this 23RD
day of AUGUST 2007

JOLANTYNA CAGNEY
NOTARY PUBLIC, State of New York
No. 01CA6111489
Qualified in New York County
Commission Expires June 14, 2008

JAMES CAGNEY 124-0081