◈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE August 23rd 2007 |
| NAME OF SERVER (PRINT) GRADY D. WINDERS | TITLE Deputy Sheriff |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 903 9th ST. Wheatland WY. 82201 (Frontier Furniture).

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 23rd August 2007        _[signature]_ Deputy GRADY D. WINDERS
                Date                                Signature of Server

P.O. Box 1029, 850 Maple St. Wheatland WY. 82201
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.