

MEMO ENDORSED

Wiggin and Dana LLP
450 Lexington Avenue
Suite 3800
New York, New York
10017-3913
www.wiggin.com

Scott D. Corrigan
212.551.2605
212.490.0536 fax
scorrigan@wiggin.com

**WIGGIN AND DANA**
*Counsellors at Law*

VIA HAND DELIVERY

August 31, 2007

Hon. John E. Sprizzo
United States District Judge
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 730
New York, NY 10007



Re:   Ethan Allen Global, Inc. v. Peoples Americana, Inc., et al. (07-civ-7389) (JES)

Dear Judge Sprizzo:

    We represent plaintiff Ethan Allen Global, Inc. ("Ethan Allen") in the above-captioned action.

    On August 20, 2007, Ethan Allen filed a complaint against defendants Van DeWald, Peoples Americana, Inc., JJ Peoples and Herschel D. Pruitt alleging, *inter alia*, trademark infringement and other violations of the Trademark Laws of the United States, 15 U.S.C. §§1051 et seq. Ethan Allen simultaneously filed a motion for an ex parte temporary restraining order ("TRO") and preliminary injunction to enjoin defendants from misusing the Ethan Allen brand name, and from conducting a "Furniture & Rug Auction" that the defendants advertised using the Ethan Allen brand name.

    On August 20, 2007, following a hearing on the plaintiff's motion, Judge Laura T. Swain entered two orders: a TRO; and an Order to Show Cause for Preliminary Injunction ("Order to Show Cause"). Judge Swain scheduled the hearing on the Order to Show Cause for September 5, 2007 ("September 5th hearing").

    Defendants Van DeWald, Peoples Americana, Inc. and JJ Peoples are negotiating a settlement agreement with Ethan Allen. Although defendant Herschel D. Pruitt is not part of the settlement negotiations, in the event that Ethan Allen and

*New Haven   Stamford   New York   Hartford   Philadelphia*

Hon. John E. Sprizzo
August 31, 2007
Page 2

**WIGGIN AND DANA**

*Counsellors at Law*

the other defendants are able to reach an agreement, Ethan Allen does not intend to continue litigation solely against Mr. Pruitt.

In the interest of judicial economy, we request that the Court postpone the September 5th hearing to allow the parties to continue their negotiations, which we expect will result in a settlement agreement. We will notify the Court as soon as any settlement has been reached in this matter.

Very truly yours,

*Scott D. Corrigan/seg*

Scott D. Corrigan

cc: Thomas J. Kowalski, Esq.

**APPLICATION GRANTED:**

_____
U.S.D.J.

9-7-07