UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ETHAN ALLEN GLOBAL, INC. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 07-CV-7389 (JES) |
| v. | ) | |
| | ) | |
| PEOPLES AMERICANA, INC., | ) | |
| JJ PEOPLES, VAN DEWALD, and | ) | |
| HERSCHEL D. PRUITT, | ) | |
| | | |
| Defendants. | | September 7, 2007 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/07

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Fed.R.Civ.P. 6(b), Defendant Peoples Americana, Inc., JJ Peoples and Van DeWald (collectively, "DeWald") moves, unopposed, and which Plaintiff's consent, for a thirty (30) day extension of time to file its Answer.

This extension is necessitated because the parties are currently engaged in settlement discussions.

Defendant DeWald therefore respectfully requests that the Court grant this motion and extend the due date for filing its answer by thirty (30) days from Monday, September 10, 2007 to until Wednesday, October 10, 2007.

A proposed order is attached.

Respectfully submitted,

FROMMER LAWRENCE & HAUG LLP
Attorneys for Defendant DeWald

Dated: New York, New York
September 7, 2007

By: _____
Thomas J. Kowalski
745 Fifth Avenue
New York, New York 10151
tkowalski@flhlaw.com
(212) 588-0800

00480144

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

ETHAN ALLEN GLOBAL, INC. )
)
)
                Plaintiffs, )
) 07-CV-7389 (JES)
    v. )
)
PEOPLES AMERICANA, INC., )
JJ PEOPLES, VAN DEWALD, and )
HERSCHEL D. PRUITT, )
)
                Defendants.

---

## [PROPOSED] ORDER

Defendant Defendant Peoples Americana, Inc., JJ Peoples and Van DeWald (collectively, "DeWald"), having moved on consent for an extension of time to file its answer, it is hereby

ORDERED that DeWald's answer shall be due on October 10, 2007.

Date: 9-7-07

Hon. John E. Sprizzo, USDJ

## CERTIFICATE OF SERVICE

On this the 7th day of September 2007, a copy of the foregoing **CONSENT MOTION FOR EXTENSION OF TIME and PROPOSED ORDER** were served by facsimile and e-mail on the following:

> Erika L. Amarante
> Wiggin and Dana LLP
> One Century Tower
> P.O. Box 1832
> New Haven, CT 06508-1832
> EAmarante@wiggin.com
> Tel.: 203-498-4493
> Fax.: 203-782-2889

_____
Thomas J. Kowalski

00480144