UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
ETHAN ALLEN GLOBAL, INC.,                :
                                         :
            Plaintiff,                :    07-cv-7389
                                         :
            v                        :
                                         :
PEOPLES AMERICANA, INC.,                 :
JJ PEOPLES, VAN DEWALD, and              :
HERSCHEL D. PRUITT,                      :
                                         :
            Defendants.              :
---------------------------------------------------------------X

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Fed.R.Civ.P. 6(b), Defendant Herschel D. Pruitt ("Pruitt") moves, unopposed, and with Plaintiff's consent, for a thirty (30) day extension of time to file his Answer.

This extension is necessitated because the parties are currently engaged in settlement discussions.

Defendant Pruitt therefore respectfully requests that the Court grant this motion and extend the due date for filing his answer by thirty (30) days from Tuesday, September 11, 2007 to until Thursday, October 11, 2007.

{00010124.DOC; 1}

A proposed order is attached.

Respectfully submitted,

COHEN TAUBER SPIEVACK & WAGNER LLP

Dated: New York, New York
September 11, 2007

By: _____
Leo L. Esses (LE-1173)
420 Lexington Avenue, 24th Floor
New York, New York 10170
(212) 586-5800

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
ETHAN ALLEN GLOBAL, INC.,                :
                                         :    07-cv-7389
            Plaintiffs,                  :
                                         :
        v                                :
                                         :
PEOPLES AMERICANA, INC.,                 :
JJ PEOPLES, VAN DEWALD, and              :
HERSCHEL D. PRUITT,                      :
                                         :
            Defendants.                  :
------------------------------------------------------------X
```

## **PROPOSED ORDER**

Defendant, Herschel D. Pruitt ("Pruitt"), having moved on consent for an extension of time to file his answer, it is hereby

ORDERED that Pruitt's answer shall be due on or before October 11, 2007.

Dated:_____        _____
                                      Hon. John E. Sprizzo, USDJ

## CERTIFICATE OF SERVICE

On this 11th day of September 2007, a copy of the foregoing **CONSENT MOTION FOR EXTENSION OF TIME** and **PROPOSED ORDER** were served by facsimile and e-mail on the following:

> Erika L. Amarante, Esq.
> Wiggin and Dana LLP
> One Century Tower
> P.O. Box 1832
> New Haven, CT 06508-1832
> EAmarante@wiggin.com
> Tel.: 203-498-4493
> Fax.: 203-782-2889

_____
Leo L. Esses

{00010125.DOC; 1}