ETHAN ALLEN GLOBAL, INC., :
:  07-cv-7389
          Plaintiffs, :
:
      v :
:
PEOPLES AMERICANA, INC., :
JJ PEOPLES, VAN DEWALD, and :
HERSCHEL D. PRUITT, :
:
          Defendants. :
-----------------------------------------------------------X

## PROPOSED ORDER

Defendant, Herschel D. Pruitt ("Pruitt"), having moved on consent for an extension of time to file his answer, it is hereby

ORDERED that Pruitt's answer shall be due on or before October 11, 2007.

Dated: _____  _____
                                    Hon. John E. Sprizzo, USDJ

{00010125.DOC; 1}