STEIN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ETHAN ALLEN GLOBAL, INC. | : |
| Plaintiff, | : Case No. 07-Civ-7389 ~~(JES)~~ (SHS) |
| v. | : |
| PEOPLES AMERICANA, INC., JJ PEOPLES, VAN DEWALD, and HERSCHEL D. PRUITT | : |
| Defendants. | : October ___, 2007 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07

~~[PROPOSED]~~ ORDER OF DISMISSAL

WHEREAS Plaintiff Ethan Allen Global, Inc. commenced this action by filing a complaint against Defendants on August 20, 2007;

WHEREAS no Defendant has served an answer or a motion for summary judgment on Plaintiff; and

WHEREAS Plaintiff has filed a Notice of Dismissal dated October 18, 2007 pursuant to Fed. R. Civ. P. 41(a)(1)(i),

IT IS HEREBY ORDERED that this action shall be dismissed with prejudice; and

IT IS FURTHER ORDERED that each party shall bear its own costs and fees.

Dated this 22nd day of October, 2007 at New York, New York.

_____
Honorable ~~John E. Sprizzo~~ Sidney H. Stein
United States District Judge